**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:                                    ) | |
|                                                ) | **Chapter 7** |
| **HERRERA'S FLOORS LLC**   ) | **Case No. 12-19389-WCH** |
|            **DEBTOR**                ) | |
|                                                ) | |

**MOTION TO EXTEND TIME TO FILE SCHEDULES A-H,**
**SUMMARY OF SCHEDULES, STATEMENT OF ATTORNEY COMPENSATION**
**AND STATEMENT OF FINANCIAL AFFAIRS**

Now comes Herrera's Floors LLC, the Debtor herein, and states that on November 30, 2012, it filed an original petition under Chapter 7 of the United States Bankruptcy Code. The Debtor's Schedules A-H, Summary of Schedules, Statement of Attorney Compensation and Statement of Financial Affairs, were due to be filed on December 14, 2012. The Debtor requests an additional period up to and including **December 27, 2012** to file its Schedules A-H, Summary of Schedules, Statement of Attorney Compensation and Statement of Financial Affairs. As reasons therefore, the Debtor is in need of additional time to compile and provide the information necessary to complete its Schedules and Statement of Financial Affairs. The Debtor's Section 341 meeting is scheduled for January 3, 2013.

WHEREFORE, Counsel to the Debtor prays that the time required for filing the Debtor's Schedules A-H, Summary of Schedules, Statement of Attorney Compensation and Statement of Financial Affairs be extended up to and including **December 27, 2012**.

> Respectfully submitted,
> **Herrera's Floors LLC.**
> By its counsel,
>
> /s/ Nina M. Parker
> Nina M. Parker (BBO #389990)
> nparker@ninaparker.com
> Kate E. Nicholson (BBO # 674842)
> knicholson@ninaparker.com
> Parker & Associates
> 10 Converse Place
> Winchester, MA 01890
> (781)729-0005

DATED:      December 14, 2012

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: ) | |
| ) | **Chapter 7** |
| **HERRERA'S FLOORS LLC** ) | **Case No. 12-19389-WCH** |
| **DEBTOR** ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Nina M. Parker, do hereby certify that I have given either electronic notice and/or mailed, postage prepaid, copies of **Motion to Extend Time to File Schedules A-H; Summary of Schedules, Statement of Attorney Compensation, Summary of Schedules and Statement of Financial Affairs** to the parties listed on the annexed service list.

/s/ Nina M. Parker
Nina M. Parker (BBO #389990)
nparker@ninaparker.com
Kate E. Nicholson (BBO # 674842)
knicholson@ninaparker.com
Parker & Associates
10 Converse Place
Winchester, MA 01890
(781)729-0005

DATED:    December 14, 2012

**Electronic Mail Notice List**

- Gary W. Cruickshank    gwc@cruickshank-law.com, ma09@ecfcbis.com
- John Fitzgerald    USTPRegion01.BO.ECF@USDOJ.GOV
- Nina M. Parker    nparker@ninaparker.com, rgorski@ninaparker.com;gorrmg@comcast.net;knicholson@ninaparker.com;aprilp@ninaparker.com

**Manual Notice List**

Herrera's Floors, LLC
c/o Osmin Herrera
3 George Street
Chelsea, MA  02150